# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

NAU HERNANDEZ, JOSE L. HERNANDEZ,
LUIS MARTINEZ, FRANCISCO VALLADOLID,
RUBEN CHAVEZ, ROBERTO CHAVEZ,
OSCAR FRANSCISO CRUS, CESAR AMEZQUI
GOMEZ, HERIBERTO RAMIREZ,
SAUL MORALES and NOE RAMIREZ,

        **Plaintiffs,**

      **v.**                                **Case No. 05C0303**

CITY WIDE INSULATION OF MADISON, INC.,
CITY WIDE INSULATION CO., INC.,
MARK MURPHY, ROBERT F. MURPHY,
TROY WETZEL, and ALFONSO CASILLAS,

        **Defendants.**

---

## ORDER

On December 6, 2005, I notified plaintiffs Ruben Chavez, Roberto Chavez, Cesar Amezqui Gomez, and Noe Ramirez that their claims against defendants would be dismissed pursuant to Civil L.R. 41.3 (E.D. Wis. 2001) unless plaintiffs notified the court by January 6, 2006 of their intent to prosecute this action. Civil L.R. 41.3 provides that "[w]henever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within twenty (20) days." To date, these plaintiffs have not notified the court of their intent to prosecute this action. Accordingly, pursuant to Civil L.R. 41.3, I will dismiss the claims of Ruben Chavez, Robert Chavez, Cesar Amezqui Gomez and Noe Ramirez with prejudice.

**THEREFORE, IT IS ORDERED** that pursuant to Civil L.R. 41.3 the claims of plaintiffs Ruben Chavez, Roberto Chavez, Cesar Amezqui Gomez, and Noe Ramirez are **DISMISSED WITH PREJUDICE**.

Dated at Milwaukee, Wisconsin, this 14 day of January, 2006.

/s_____
LYNN ADELMAN
District Judge