# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

HERNANDEZ, et al.,

                Plaintiffs,

   v.                                                      Case No. 05-CV-303

CITY WIDE INSULATION OF MADISON, et al.,

                Defendants.

## ORDER TO CONTINUE

On December 12, 2007, a settlement conference was conducted in this action. Meaningful efforts were made toward settlement, and the parties agreed to continue their discussions at a second settlement conference in early January.

ACCORDINGLY, the mediation in this action is held open to facilitate further discussions between the parties and this court. The court will conduct a settlement conference on **January 10, 2008** at **9:30 a.m.** in Courtroom 254 of the United States Courthouse.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this 12th day of December, 2007.

                                       BY THE COURT:

                                       s/AARON E. GOODSTEIN
                                       United States Magistrate Judge