# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

HERNANDEZ, et al.,
                Plaintiffs,

v.                                          Case No. 05-CV-303

CITY WIDE INSULATION OF MADISON, INC., et al.,
                Defendants.

## ORDER RETURNING CASE

On January 10, 2008, a second settlement conference was conducted in this action. The mediation resulted in resolution of the plaintiffs' claims.

Accordingly, this action is referred back to the Honorable Lynn Adelman for entry of an appropriate order of dismissal after the parties finalize settlement documents.

SO ORDERED.

Dated at Milwaukee, Wisconsin, this <u>10th</u> day of January, 2008.

                                        BY THE COURT:

                                        _____
                                        <u>s/AARON E. GOODSTEIN</u>
                                        United States Magistrate Judge